UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WEIS-BUY FARMS, INC.,

    Plaintiff,

v.

                              Case No.: 2:08-cv-613-JES-DNF

BLUE DOLPHIN PRODUCE, LLC, GARY
MILTON NORRIS and OMAH LEAH
NORRIS, each individually,

    Defendants.
and

TIB BANK,

    Garnishee.
_____/

## MOTION TO DISMISS WRIT OF GARNISHMENT

    Plaintiff, WEIS-BUY FARMS, INC., by its undersigned attorneys, moves this Court to dismiss the Writ of Garnishment in the above-styled cause, and to remit the Garnishee's statutory fee to attorneys for the Garnishee, TIB BANK.

                                            /s/ *John F. Panzarella*
                                            RICHARD J. MCINTYRE
                                            Florida Bar No. 0962708
                                            Rich@mcintyrefirm.com
                                            JOHN F. PANZARELLA
                                            Florida Bar No. 0068306
                                            John@mcintyrefirm.com
                                            McIntyre, Panzarella, Thanasides, & Eleff, P.L.
                                            6943 East Fowler Avenue
                                            Temple Terrace, Florida  33617
                                            (813) 899-6059/(813) 899-6069 (Facsimile)
                                            *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by regular U.S. Mail this 24th day of August 2010 to Victor H. Veschio, Esquire, 3105 West Waters Avenue, Suite 204, Tampa, FL 33614.

    /s/ *John F. Panzarella*
    John F. Panzarella, Esquire