UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Weis-Buy Farms, Inc.,

                Plaintiff,

-vs-                                              Case No.  2:08-cv-613-FtM-29SPC

Blue Dolphin Produce, LLC, Gary Milton Norris,
and Omah Leah Norris, each individually,

                Defendant.
_____/

## ORDER

This matter comes before the Court on Motion to Dismiss Writ of Garnishment (Doc. #30) filed on August 24, 2010.  The Court having considered the matter and being otherwise fully advised in the premises, it is thereupon

**ORDERED**:

The Motion to Dismiss Writ of Garnishment (Doc. #30) is **GRANTED**

1. The Writ of Garnishment in the above-styled cause is hereby dismissed.

2. The Plaintiff shall pay the statutory fee of $100.00 to Victor H. Veschio Law Group, 3105 West Waters Avenue, Suite 204, Tampa, FL 33614.

**DONE AND ORDERED** at Fort Myers, Florida, this __25th__ day of August, 2010.

*(signed)* Sheri Polster Chappell
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record