UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Weis-Buy Farms, Inc.,

        Plaintiff,

-vs-                                                      Case No.  2:08-cv-613-FtM-29SPC

Blue Dolphin Produce, LLC, Gary Milton Norris,
and Omah Leah Norris, each individually,

        Defendant.
_____/

## ORDER

This matter comes before the Court on the Plaintiff Weis-Buy Farms Motion for Reconsideration and Reply to Claim for Exemption of Omah Leah Norris (Doc. #36) filed on September 17, 2010.  The Plaintiff moves the Court to reconsider its Order (Doc. # 35) issued on September 16, 2010.  On September 23, 2010, this Court issued an Endorsed Order (Doc. # 37) vacating the Order (Doc. # 35) in question.  Thus, the issues involved in this Motion have been resolved and the Motion is now moot.

Accordingly, it is now

**ORDERED:**

The Plaintiff Weis-Buy Farms Motion for Reconsideration and Reply to Claim for Exemption of Omah Leah Norris (Doc. #36) is **DENIED as moot**.

**DONE AND ORDERED** at Fort Myers, Florida, this   30th    day of September, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record