UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Weis-Buy Farms, Inc.,

          Plaintiff,

-vs-                                                  Case No.  2:08-cv-613-FtM-29SPC

Blue Dolphin Produce, LLC, Gary Milton Norris,
and Omah Leah Norris, each individually,

          Defendants,

and

Suncoast Schools Federal Credit Union

          Garnishee.
_____/

**ORDER GRANTING CLAIM OF EXEMPTION**
**AND DISSOLVING WRIT OF GARNISHMENT**

This matter comes before the Court for consideration upon the claim of exemption from garnishment filed by Defendant, Omah Leah Norris (Doc. # 34) and the Court having considered the matter and being otherwise fully advised in the premises, it is thereupon

**ORDERED AND ADJUDGED**:

1.     The Court finds as follows:

    a.     That $1,172.08 was garnished (the "Funds") from the Suncoast Schools Federal Credit Union bank account owned by Norris pursuant to this Court's Writ of Garnishment as set forth in the Garnishment Notice (Doc. #33).

    b.     That the Funds garnished are disposable earnings in the form of wages

        belonging to Norris.

    c.      That Norris is the head of family because she has dependent children and provides more than 50% of the support for those dependent children.

    d.      That Norris has not consented in writing to the garnishment of her wages.

2.   The Funds are therefore exempt from garnishment and the Writ of Garnishment is hereby dissolved.  **Garnishee shall release the garnished funds to Norris**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___27th___ day of October, 2010.

                                          */s/ Sheri Polster Chappell*
                                          SHERI POLSTER CHAPPELL
                                          UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record